T.C. Summary Opinion 2007-90

UNITED STATES TAX COURT

EDMUND T. MACMURRAY, Petitioner <u>v</u>.
COMMISSIONER OF INTERNAL REVENUE, Respondent

Docket No. 6596-06S.                    Filed May 31, 2007.

This opinion was withdrawn by order dated
July 6, 2007.